**Fill in this information to identify the case:**

Debtor name    Sameh H. Aknouk, Dental Services, P.C.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   22-11651

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   January 5, 2023    **X**   */s/ Sameh H. Aknouk*
                                     Signature of individual signing on behalf of debtor

                                     Dr. Sameh H. Aknouk, DDS
                                     Printed name

                                     President
                                     Position or relationship to debtor

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals       **12/15**

---

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*................................................................................   $ _____0.00

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*............................................................................   $ _____174,248.01

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..............................................................................   $ _____174,248.01

---

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ _____150,000.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$ _____526,737.63

4.   **Total liabilities** ................................................................................................
    Lines 2 + 3a + 3b        $ _____676,737.63

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor name    Sameh H. Aknouk, Dental Services, P.C.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    22-11651

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  Chase Bank | Checking | 9262 | $4,498.01 |
| 3.2.  Chase Bank | Savings | 0152 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $4,498.01 |
|---|

## Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | |
|---|---|---|---|
| 11a. 90 days old or less: | 46,030.00 | - | 8,030.00 = .... | $38,000.00 |
| | face amount | | doubtful or uncollectible accounts | |

**12.  Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$38,000.00

---

**Part 4:     Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:     Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** See Attached Continuation Sheet | | | $131,750.00 |

**42.  Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.  Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$131,750.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 9:</div>   **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 10:</div>   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

<div style="background:black;color:white">Part 11:</div>   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,498.01 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $38,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $131,750.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $174,248.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $174,248.01 |

**SCHEDULE A/B – CONTINUATION SHEET**

**Part 8: Machinery, Equipment, and Vehicles**

**50. Other Machinery, Fixtures and Equipment**

| Dental Equipment/Supplies | |
|---|---|
| Dental Chairs ($3,000 each) | 5 |
| Dental X-Ray Chair ($1,500) | 1 |
| Compressors ($3,000 each) | 2 |
| Suction Units ($4,000 each) | 2 |
| X-Ray Units ($4,500 each) | 2 |
| Air Purifying Machines ($1,500 each) | 3 |
| Air Suction Machines ($800 each) | 2 |
| Autoclave ($3,500) | 1 |
| Ultrasonic Machine ($400) | 3 |
| Zoom Whitening Machines ($1,500) | 1 |
| Denmat Ultraviolet Light Machine (for bleaching) ($2,000) | 1 |
| Rotary Machines (for root canals) ($1,800 each) | 3 |
| Curing Lights ($300 each) | 4 |
| Amalgamator ($450) | 1 |
| Dentimax X-Ray Censor ($4,000 each) | 2 |
| Highspeed hand piece ($500 total) | 10-15 |
| Dental Unit ($1,500 each) | 5 |
| Dental Supplies (worth $10,000) | |
| Cavitron Units ($300 each) | 3 |
| | |
| **Office Supplies/Furniture** | |
| Computers ($3,000 each) | 6 |
| Reception Chairs ($1,500 total) | 15 |
| Computer Desk Chairs ($300 each) | 5 |
| Televisions ($300 each) | 5 |
| Phone Systems ($2,500 total) | 6 |
| Dentrix Computer Software ($4,000) | 1 |
| Dexus X-Ray Computer Software ($3,000) | 1 |
| Copy Machines ($400 each) | 5 |
| Scanner ($400) | 1 |
| Safe ($300) | 1 |
| Refrigerator ($300) | 1 |
| Office Cabinets/Desks (worth $500) | |
| Dental/Assistant Chairs ($500 total) | 6 |
| Clinic room cabinets (worth $8,000) | |

Fill in this information to identify the case:

Debtor name    Sameh H. Aknouk, Dental Services, P.C.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    22-11651

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | U.S. Small Business Administration | | |
|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien**<br>See Attached Continuation Sheet; Chase Bank; Insurance Claims A/R | $150,000.00    $174,248.01 |
| | 409 3rd Street, SW<br>Washington, DC 20416 | | |
| | Creditor's mailing address | **Describe the lien**<br>UCC-1 Financing Statement | |
| | | **Is the creditor an insider or related party?**<br>☐ No<br>☒ Yes | |
| | Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| | **Date debt was incurred** | | |
| | **Last 4 digits of account number** | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $150,000.00

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>21st Century Esthetics<br>162 Jericho Turnpike, 2nd Flr<br>Floral Park, NY 11001<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Dental Supply<br>Is the claim subject to offset? ☒ No ☐ Yes | $8,160.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>841-853 Fee Owner LLC<br>853 Broadway, Suite 911<br>New York, NY 10003<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Judgment<br>Is the claim subject to offset? ☒ No ☐ Yes | $148,900.36 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Alto Exterminating Service<br>21228 Westchester Avenue<br>Bronx, NY 10462<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Services Rendered<br>Is the claim subject to offset? ☒ No ☐ Yes | $87.10 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>American Express Bank, FSB<br>4315 South 2700 West<br>Salt Lake City, UT 84184<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Credit card purchases<br>Is the claim subject to offset? ☒ No ☐ Yes | $23,754.07 |
| **3.5** | **Nonpriority creditor's name and mailing address**<br>Bianca Ibrahim Advisors<br>35 Newcastle Avenue<br>Plainview, NY 11803<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Professional Services<br>Is the claim subject to offset? ☒ No ☐ Yes | $1,000.00 |

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $1,376.81 |

Con Edison
JAF Station
PO Box 1702
New York, NY 10116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0021_

**Basis for the claim:** _Utilities_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $2,593.00 |

Elite Dental Laboratory
200 Craig Rd., Ste 107
Englishtown, NJ 07726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Dental Supply_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $18,880.29 |

Empire Dental Supply
320 Roebling Street #330
Brooklyn, NY 11211

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Dental Supply_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $2,852.00 |

Finess Digital
Finesse Porcelain Studio
199 Jericho Turnpike, Ste. LL2
Floral Park, NY 11001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Dental Supply_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $3,820.00 |

Henery Schein Corp. Office
135 Duryea Rood
Melville, NY 11747

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _dental supply_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $75,100.00 |

Local 854 Health & Welfare Benefits Fund
50 Charles Lindbergh Blvd.
Suite 207
Uniondale, NY 11553

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Alleged Delinquent Contributions_

Is the claim subject to offset?   ☐ No   ☐ Yes

---

| | | |
|---|---|---|
| **3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* $8,065.00 |

Local 854 Pension Fund
50 Charles Lindbergh Blvd.
Suite 207
Uniondale, NY 11553

☐ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Alleged Delinquent Contributions_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $232,149.00 |
| --- | --- | --- | --- |
| | National Labor Relations Board<br>26 Federal Plaza<br>Room 36-130<br>Attn: John D. Doyle, Jr.<br>New York, NY 10278 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Labor Claim | |
| | **Last 4 digits of account number** 3564 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |
| | Philips Dental Supply<br>414 Union Street<br>Nashville, TN 37219 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Dental Supply | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | Friedman & Anspach<br>1500 Broadway, Suite 2300<br>Attn: Anusha Rasalingam, Esq.<br>Attn: Daniel Treiman, Esq.<br>New York, NY 10036 | Line 3.12<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Horing Welikson Rosen & Digrugilliers PC<br>Attn: Renee Digrugilliers, Esq.<br>11 Hillside Avenue<br>Williston Park, NY 11596 | Line 3.2<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 526,737.63 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 526,737.63 |

Fill in this information to identify the case:

Debtor name    Sameh H. Aknouk, Dental Services, P.C.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   22-11651

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease for premises located at: 1473 West Avenue, Bronx, New York | |
| | State the term remaining | | Parkchester Preservation Company, L.P. c/o Olshan Properties 600 Madison Avenue, 14th Floor New York, NY 10022 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Computer Software | |
| | State the term remaining | | Dentrix 727 E Utah Valley Drive, Suite 500 American Fork, UT 84003 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Affiliate Business Premises Lease: 853 Broadway, Suite 911, New York, New York | |
| | State the term remaining | | 841-853 Fee Owner LLC c/o Horing Welikson Rosen & Digrugilliers PC 11 Hillside Avenue Williston Park, NY 11596 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Sameh H. Aknouk, Dental Services, P.C.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   22-11651

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors          12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Dr. Sameh H. Aknouk | 1473 West Avenue<br>Bronx, NY 10462 | American Express Bank, FSB | ☐ D _____<br>☒ E/F ___3.4___<br>☐ G _____ |
| 2.2  Dr. Sameh H. Aknouk | 1473 West Avenue<br>Bronx, NY 10462 | Parkchester Preservation Company, L.P. | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |

Debtor name    Sameh H. Aknouk, Dental Services, P.C.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    22-11651

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

    ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2022 to Filing Date | ☒ Operating a business<br>☐ Other | $753,081.03 |
| For prior year:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br>☐ Other | $788,426.00 |
| For year before that:<br>From 01/01/2020 to 12/31/2020 | ☒ Operating a business<br>☐ Other | $790,034.00 |
| For the fiscal year:<br>From 01/01/2019 to 12/31/2019 | ☒ Operating a business<br>☐ Other | $1,044,205.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Finess Lab<br>199 Jericho Turnpike, Suite LL2<br>Floral Park, NY 11001 | 11/03/2022 | $7,993.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | ParkChester Preservation Company, L.P.<br>654 Madison Avenue<br>New York, NY 10021 | 09/12/2022 | $149,919.44 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other_Lease of Commercial_<br>_Premises located at: 1473 West_<br>_Avenue, Bronx, New York_ |
| 3.3. | TechTrone IT | 09/22/2022<br>$5,626.78;<br>10/7/2022<br>$2,804.14 | $8,430.92 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | 21st Century Esthetics<br>162 Jericho Turnpike, 2nd Flr<br>Floral Park, NY 11001 | 10/04/2022<br>$6,068 &<br>11/07/2022<br>$4,136 | $10,204.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Empire Dental Supply<br>320 Roebling Street #330<br>Brooklyn, NY 11211 | 9/29/2022 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Samia Aknouk<br><br>Wife of Dr. Sameh H. Aknouk | November 2021-November 2022 | $26,000.00 | Salary ($500/week) |
| 4.2. | Daniel Aknouk<br><br>Son of   Dr. Sameh H. Aknouk | November 2021-November 2022 | $30,000.00 | Salary (~$577/week) |
| 4.3. | Dr. Marina Aknouk<br><br>Daughter of   Dr. Sameh H. Aknouk | August 24, 2022 through December 28, 2022 | $37,300.00 | W2 (Office Assistance) and 1099 (Dental Service) Income |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4. Dr. Sameh H. Aknouk<br><br>President/Sole Shareholder of the Debtor | November 2021-November 2022 | $182,000.00 | Salary ($8500/week) |
| 4.5. Dr. Sameh H. Aknouk<br><br>President/Sole Shareholder of the Debtor | November 2021-November 2022 | $8,500.00 | Reimbursement of Office Expenses |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Demos P. Demopoulos, Daniel J. Gatto, Kenneth Barrett, William Cassese and John A. Curcio, at Trustees and Fiduciaries of the Local 854 Health & Welfare Benefits Fund, and as Trutees and Fiduciaries of the Local 854 Pension Fund v. Dr. Sameh H. Aknouk Dent 18 Civ. 4813 (JMA)(GRB) | | United States District Court, Eastern District of New York | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. National Labor Relations Board Region 2 v. Sameh H. Aknouk Dental Services PC 02-CA-263564 | | United States of America Before the National Labor Relations Board Region 2 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. 841-853 Fee Owner LLC v. Sameh H. Aknouk, Dental Services, P.C. AKA Sameh Aknouk Dental Services P.C. 155393/2021 | Civil | Supreme Court of the State of New York New York County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  Mission Take Heart<br>missiontakeheart.org | | $300/monthly | $7,200.00 |
| **Recipients relationship to debtor**<br>None | | | |
| 9.2.  Care 4 Needy Copts<br>25 S Service Road, Suite 250<br>Plainview, NY 11803 | | $100/month | $2,400.00 |
| **Recipients relationship to debtor**<br>None | | | |
| 9.3.  Saint Mark Coptic Church | | $100/month | $2,400.00 |
| **Recipients relationship to debtor**<br>None | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley LLP 700 Post Road, Suite 237 Scarsdale, NY 10583 | | 11/22/2022 $2,500 & 12/05/2022 $26,700 | $29,200.00 |

| Email or website address |
|---|
| www.kacllp.com |

| Who made the payment, if not debtor? |
|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Personal Identifiable Information

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Local 854 Health & Welfare Benefits Fund | EIN: |

Has the plan been terminated?
☒ No
☐ Yes

☐ No Go to Part 10.
☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Local 854 Pension Fund | EIN: |

Has the plan been terminated?
☒ No
☐ Yes

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| 853 Smile Dental Services P.C.<br>853 Broadway Ave, 9th Floor, Suite 911<br>New York, NY 10003 | JPMorgan Chase Bank, N.A. | All Cash and Deposits into Chase Bank Account Ending xx6103. Account opened in the name of the Debtor in 2015, however, account used solely by 853 Smile Dental Services, P.C. since its opening. | $0.00 |

**Part 12:     Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Emile Wahba Inc.<br>401 Brooklyn Avenue<br>New Hyde Park, NY 11040 | 30+ Years |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dr. Sameh H. Aknouk, DDS | NY | President & Sole Shareholder | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Samia Aknouk<br>NY | Salary of $26,000 ($500/week) | November 2021 - November 2022 | Salary |
| | **Relationship to debtor**<br>Wife of Dr. Sameh H. Aknouk | | | |
| 30.2. | Daniel Aknouk | $30,000 | November 2021 - November 2022 | Salary |
| | **Relationship to debtor**<br>Son of Dr. Sameh H. Aknouk | | | |
| 30.3. | Dr. Marina Aknouk | $37,300.00 | August 24, 2022 - December 28, 2022 | W2 (Office Services) and 1099 (Dental Services) Income |
| | **Relationship to debtor**<br>Daughter of Dr. Sameh H. Aknouk | | | |
| 30.4. | Dr. Sameh H. Aknouk, DDS<br>NY | $182,000.00 | November 2021- November 2022 | Salary of $8,500/week |
| | **Relationship to debtor**<br>President/Sole Shareholder of the Debtor | | | |
| 30.5. | Dr. Sameh H. Aknouk, DDS<br>NY | $8,500.00 | November 2021 - November 2022 | Reimbursement of Office Expenses |
| | **Relationship to debtor**<br>President/Sole Shareholder of the Debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☒ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☐ No
   ☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| Local 854 Pension Fund | **EIN:** |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on        January 5, 2023

/s/ *Sameh H. Aknouk*                                          Sameh H. Aknouk
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy