# EXHIBIT "A"

**Sameh Aknouk DDS**
**24 Month Projections**

| | Feb-23 | Mar-23 | Apr-23 | May-23 | Jun-23 | Jul-23 | Aug-23 | Sep-23 | Oct-23 | Nov-23 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Jan-25 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Income** | $ 83,621.35 | $ 78,033.48 | $ 60,678.49 | $ 64,950.63 | $ 105,890.00 | $ 99,971.80 | $ 84,457.56 | $ 98,878.51 | $ 89,773.62 | $ 89,820.01 | $ 97,909.44 | $ 71,656.42 | $ 72,937.34 | $ 66,897.08 | $ 84,457.56 | $ 73,586.79 | $ 81,112.71 | $ 83,621.35 | $ 71,078.15 | $ 98,878.51 | $ 81,948.92 | $ 71,078.15 | $ 81,948.92 | $ 75,259.22 | $ 1,968,446.01 |
| **Cost of Goods Sold** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dental Supplies | 2,000.00 | 2,000.00 | 3,000.00 | 4,000.00 | 4,000.00 | 5,000.00 | 2,000.00 | 3,000.00 | 4,000.00 | 4,000.00 | 5,000.00 | 2,000.00 | 3,000.00 | 4,000.00 | 4,000.00 | 5,000.00 | 2,000.00 | 3,000.00 | 4,000.00 | 4,000.00 | 5,000.00 | 2,000.00 | 3,000.00 | 4,000.00 | $ 83,000.00 |
| Lab Fees | 7,780.00 | 6,613.00 | 8,013.40 | 6,224.00 | 6,535.20 | 7,857.80 | 6,301.80 | 6,224.00 | 7,873.36 | 6,613.00 | 7,391.00 | 7,624.40 | 6,613.00 | 6,224.00 | 7,857.80 | 6,846.40 | 7,546.60 | 7,780.00 | 6,613.00 | 6,224.00 | 7,624.40 | 6,613.00 | 7,624.40 | 7,002.00 | $ 169,619.56 |
| **Total Cost of Goods Sold** | $ 9,780.00 | $ 8,613.00 | $ 11,013.40 | $ 10,224.00 | $ 10,535.20 | $ 12,857.80 | $ 8,301.80 | $ 9,224.00 | $ 11,873.36 | $ 10,613.00 | $ 12,391.00 | $ 9,624.40 | $ 9,613.00 | $ 10,224.00 | $ 11,857.80 | $ 11,846.40 | $ 9,546.60 | $ 10,780.00 | $ 10,613.00 | $ 10,224.00 | $ 12,624.40 | $ 8,613.00 | $ 10,624.40 | $ 11,002.00 | $ 252,619.56 |
| **Gross Profit** | $ 73,841.35 | $ 69,420.48 | $ 49,665.09 | $ 54,726.63 | $ 95,354.80 | $ 87,114.00 | $ 76,155.76 | $ 89,654.51 | $ 77,900.26 | $ 79,207.01 | $ 85,518.44 | $ 62,032.02 | $ 63,324.34 | $ 56,673.08 | $ 72,599.76 | $ 61,740.39 | $ 71,566.11 | $ 72,841.35 | $ 60,465.15 | $ 88,654.51 | $ 69,324.52 | $ 62,465.15 | $ 71,324.52 | $ 64,257.22 | $ 1,715,826.45 |
| **Expenses** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Automobile Expense | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | 965.00 | $ 23,160.00 |
| Continuing Education | 847.50 | | | | | | 90.00 | | | 90.00 | | | | | | | 90.00 | | 90.00 | | | 90.00 | | | $ 1,387.50 |
| Credit Card Processing Fees | 1,459.72 | 1,560.67 | 1,213.57 | 1,299.01 | 1,634.53 | 1,576.47 | 1,689.15 | 1,977.57 | 1,795.47 | 1,796.40 | 1,544.10 | 1,433.13 | 1,458.75 | 1,337.94 | 1,689.15 | 1,471.74 | 1,622.25 | 1,672.43 | 1,421.56 | 1,337.94 | 1,638.98 | 1,421.56 | 1,638.98 | 1,505.18 | $ 37,196.25 |
| Insurance Expenses | 633.70 | 371.49 | 354.77 | 423.63 | 306.05 | 2,466.41 | 420.14 | 374.14 | 433.21 | 407.57 | 704.45 | 407.57 | 704.45 | 981.86 | 187.23 | 407.57 | 704.45 | 407.57 | 704.45 | 981.86 | 187.23 | 704.45 | 981.86 | 187.23 | $ 14,443.34 |
| Legal & Professional Fees | | | | | | 15,000.00 | | | | | | | | | | | | | | | | | | | $ 15,000.00 |
| Subchapter V Trustee Fees | | | | | | 5,000.00 | | | | | | | | | | | | | | | | | | | $ 5,000.00 |
| Office Cleaning | 2,250.00 | 1,500.00 | 1,537.02 | 1,537.02 | 1,574.04 | 1,850.00 | 824.04 | 2,666.00 | 824.04 | 2,287.02 | 1,500.00 | 1,537.02 | 1,574.04 | 2,250.00 | 1,500.00 | 1,537.02 | 1,537.02 | 1,574.04 | 1,850.00 | 2,250.00 | 1,500.00 | 1,537.02 | 2,250.00 | 1,800.00 | $ 41,045.34 |
| Office Expenses | 1,291.57 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | $ 28,891.57 |
| Outside Services | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | 16,875.60 | $ 405,014.40 |
| Payroll Expenses | 27,807.66 | 27,807.66 | 27,807.66 | 27,807.66 | 27,807.66 | 22,630.79 | 27,438.82 | 21,875.07 | 23,730.32 | 20,754.75 | 22,630.79 | 27,438.82 | 21,875.07 | 20,592.98 | 18,798.35 | 17,857.14 | 23,730.32 | 20,754.75 | 22,630.79 | 27,438.82 | 21,875.07 | 20,754.75 | 22,630.79 | 27,438.82 | $ 571,915.31 |
| Payroll Processing Fees | 536.57 | 536.57 | 536.57 | 536.57 | 536.57 | 533.64 | 527.78 | 664.12 | 510.23 | 631.94 | 533.64 | 527.78 | 664.12 | 513.16 | 513.15 | 629.01 | 510.23 | 631.94 | 533.64 | 527.78 | 664.12 | 631.94 | 533.64 | 527.78 | $ 13,492.49 |
| Payroll Tax Expenses | 12,151.15 | 12,151.15 | 12,151.15 | 12,151.15 | 12,151.15 | 7,350.20 | 8,724.21 | 7,052.07 | 10,353.04 | 6,703.99 | 7,350.20 | 8,724.21 | 7,052.07 | 8,708.58 | 8,363.24 | 7,874.57 | 10,353.04 | 6,703.99 | 7,350.20 | 8,724.21 | 7,052.07 | 6,703.99 | 7,350.20 | 8,724.21 | $ 211,974.04 |
| Rent Expense | 8,558.52 | 8,558.52 | 8,558.52 | 8,558.52 | 8,558.52 | 8,558.52 | 8,558.52 | 8,558.52 | 8,558.52 | 8,558.52 | 8,558.52 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | 9,200.00 | $ 213,743.72 |
| Telephone Expense | 382.69 | | | 756.94 | | 758.46 | | 830.15 | 405.65 | | 774.26 | | 769.54 | 830.15 | 405.65 | | 774.26 | | 769.54 | 405.65 | | 774.26 | | | $ 8,637.20 |
| Utilities | 927.24 | | 927.24 | | | 927.24 | | 927.24 | | 927.24 | | 927.24 | | 927.24 | | 927.24 | | 927.24 | | | 927.24 | | | 927.24 | $ 10,199.64 |
| IT Support | | | | | 5,000.00 | 5,000.00 | | | | | | | | | | | | | | | | | | | $ 10,000.00 |
| Dental Equipment | | | | | 10,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | | | | | | | | | | | | | $ 45,000.00 |
| Payments to Creditors | | | | | | 2,500.00 | | | 2,500.00 | | | 2,500.00 | | | 2,500.00 | | | 2,500.00 | | | 2,500.00 | | | 2,500.00 | $ 17,500.00 |
| SBA Loan Payments | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | $ 17,544.00 |
| **Total Expenses** | $ 75,417.92 | $ 72,257.66 | $ 72,858.10 | $ 72,842.10 | $ 109,840.12 | $ 76,423.33 | $ 73,044.26 | $ 72,196.48 | $ 71,382.08 | $ 66,929.03 | $ 70,867.56 | $ 74,967.37 | $ 63,069.64 | $ 67,703.51 | $ 60,428.37 | $ 59,675.89 | $ 70,793.17 | $ 61,643.56 | $ 64,321.78 | $ 73,137.86 | $ 62,816.31 | $ 61,589.57 | $ 66,857.07 | $ 70,082.06 | $ 1,691,144.80 |
| **Net Income** | -$ 1,576.57 | -$ 2,837.18 | -$ 23,193.01 | -$ 18,115.47 | -$ 14,485.32 | $ 10,690.67 | $ 3,111.50 | $ 17,458.03 | $ 6,518.18 | $ 12,277.98 | $ 14,650.88 | -$ 12,935.35 | $ 254.70 | -$ 11,030.43 | $ 12,171.39 | $ 2,064.50 | $ 772.94 | $ 11,197.79 | -$ 3,856.64 | $ 15,516.65 | $ 6,508.21 | $ 875.57 | $ 4,467.45 | -$ 5,824.85 | $ 24,681.65 |